CHICAGO GREAT WESTERN RAILWAY COMPANY v. AIR-O-FLEX EQUIPMENT COMPANY.

126 N. W. (2d) 777.

March 6, 1964—No. 38,789.

*Harry S. Stearns,* for appellant.
*Kueppers, Strong & Kueppers,* for respondent

PER CURIAM.

This is an appeal by plaintiff from a judgment of the municipal court of Minneapolis denying recovery for freight undercharges claimed due from defendant for an interstate shipment of the component parts of a truck unloader which it manufactured.

The identical issue upon essentially identical facts was before us in Chicago, R. I. & P. R. Co. v. Air-O-Flex Equipment Co. 267 Minn. 387, 126 N. W. (2d) 773, and our decision therein is controlling.

Affirmed.